UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11:14-cv-20744-RLR

FRANCOIS ROBERT GEVAERTS,
PAUL CHRISTIAN HOLSTEIN GEVAERTS,
ALEXANDER CASPER HOLSTEIN GEVAERTS,
PIETER SCHAFFELS, AND SCHAFFELS
BEHEER B.V., individually and
on behalf of all others similarly situated,

      Plaintiffs,

v.

TD BANK, N.A., DEBORAH C. PECK,
DENNIS MOENS, SIMON FRANCISCUS
WILHELMUS LAAN, WATERSHED
 LLC, ZILWOOD S.A., CRYSTAL
LIFE CAPITAL, S.A., RUNNING2
LIMITED, BEST INVEST EUROPE,
LTD, JENNIFER J. HUME, JENNIFER J.
HUME, C.P.A., P.A.,

      Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This case is before the Court on Plaintiff's Motion to Dismiss Certain Defendants Without Prejudice, filed August 4, 2015.  Plaintiffs seek to dismiss without prejudice their claims against all Defendants with the exception of TD Bank, N.A. and Deborah C. Peck.  The Court has reviewed the motion and is otherwise duly advised.  Accordingly, it is hereby

ORDERED that Defendants DENNIS MOENS, SIMON FRANCISCUS WILHELMUS LAAN, WATERSHED LLC, ZILWOOD S.A., CRYSTAL LIFE CAPITAL, S.A., RUNNING2 LIMITED, BEST INVEST EUROPE, LTD, JENNIFER J. HUME, and JENNIFER J. HUME,

C.P.A., P.A. (the "Dismissed Defendants") are hereby DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(2). All pending motions as to the Dismissed Defendants are DENIED AS MOOT;

It is FURTHER ORDERED that the Clerk of Court is directed to restyle the caption of this case to read:

> FRANCOIS ROBERT GEVAERTS,
> PAUL CHRISTIAN HOLSTEIN GEVAERTS,
> ALEXANDER CASPER HOLSTEIN GEVAERTS,
> PIETER SCHAFFELS, AND SCHAFFELS
> BEHEER B.V., individually and
> on behalf of all others similarly situated,
>
>    Plaintiffs,
>
> v.
>
> TD BANK, N.A., and DEBORAH C. PECK,
>
>    Defendants.

DONE and ORDERED in chambers at Fort Pierce, Florida, this 5th day of August, 2015.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record
United States Magistrate Judge Dave Lee Brannon